IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,                  )
                            Plaintiff,     )
                                           )
            vs.                            )          Case No. 11-40064-01-RDR
                                           )
GALEN LANE FRANCIS,                        )
                            Defendant.     )
_____        )

## O R D E R

NOW on this 1st day of September, 2011,  the above-entitled matter comes before the Court

upon the motion of counsel for the accused for an order granting additional time of thirty (30) days

within which to file motions.  The Court has reviewed the motion and is fully advised of the

premises.

The Court further finds that the reasons set forth in the motion justify a delay, and that the

additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C.

3161(h)(7).  See *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

IT IS THEREFORE ORDERED that the accused shall have additional time up to and

including October 3, 2011, to file motions in the above-entitled action, and the government shall

have until October 11, 2011, to file responses.  The hearing on said motions shall be held on October

18, 2011, at 10:00 a.m.  The period of delay resulting from such continuance shall be excludable

time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

s/ Richard D. Rogers
_____
HONORABLE RICHARD R. ROGERS
UNITED STATES DISTRICT JUDGE